**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DAVID WEBB**                                                                                    **PLAINTIFF**

**V.**                                    **No. 3:22-cv-00197-JTK**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of

the Defendant.

DATED this 20th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE